UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60326-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

WILLIE McCAIN,
    Defendant.
_____/

## ORDER ADOPTING SEALED REPORT AND RECOMMENDATION AND APPOINTING APPELLATE COUNSEL

**THIS CAUSE** comes before the court upon motion from counsel representing the defendant in the above captioned case for the defendant to be declared indigent and pursuant to the Criminal Justice Administration Act appoint trial counsel to represent the defendant for appellate purposes. In accordance with 11th Cir. R. Addendum Four, 11th Cir. plan under the Criminal Justice Act (b)(2), this court conducted an *in camera* hearing to determine whether defendant-appellant is indigent and financially unable to retain counsel for appeal. Based on those findings, it is

    **ORDERED** and **ADJUDGED** that:

    1. The Sealed Report and Recommendations of the United States Magistrate Judge, [DE 66], are **adopted** and the defendant is declared indigent for appeal purposes; and

    2. Pursuant to the Criminal Justice Act, Mr. David J. Joffe, One East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301, is appointed as **Appellate Counsel**.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 20th day of July, 2010.

**copy furnished:**
Magistrate Judge Ann E. Vitunac
AUSA Marc S. Anton
David J. Joffe, Esq.
United States Court of Appeal, 11th Circuit

                                      Daniel T. K. Hurley
                                  United States District Judge